# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADRIAN NUNEZ,<br><br>    Plaintiff,<br><br>v.<br><br>PENMARK TRANSPORTATION, INC.,<br>PEMMARK TRANSPORTATION, INC. and<br>ALI ABBAS,<br><br>    Defendants. | Case No. 24-1151-DDC-GEB |

## ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT

**WHEREAS** on September 19, 2025, the Court granted the Parties' Joint Oral Motion to Amend the Scheduling Order (ECF No. 56) for good cause shown and directed the Parties to submit an agreed order regarding their proposed deadlines for amendment of Plaintiff's Complaint and Defendant Penmark Transportation, Inc.'s Answer (ECF No. 57). The Parties' Joint Oral Motion to Amend the Complaint **(ECF No. 59)** is **GRANTED**.

    **1.**    Plaintiff shall file an Amended Complaint on or before **September 30, 2025**.

    **2.**    Counsel of record for Penmark Transportation, Inc. agrees to accept service on behalf of Pemmark Transportation, Inc. and affirms that Pemmark will not raise a statute of limitations defense in this case.

    **3.**    Defendants shall answer or otherwise respond no later than **October 30, 2025**.

**4**.     All parties shall amend their Fed. R. Civ. P. 26 Disclosures no later than **November 14, 2025**.

**5**.     The Parties are discouraged from seeking further amendment of the deadlines as to the issues brought before the Court in this motion.

**IT IS SO ORDERED.**

Dated September 30, 2025, at Wichita, Kansas.

s/ Gwynne E. Birzer
GWYNNE E. BIRZER
U.S. Magistrate Judge
